**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HEMAL GADA, M.D., | Civil Action No. 2:26-cv-00524-JFC |
| Plaintiff, | |
| v. | Judge Joy Flowers Conti |
| UPMC and PINNACLE HEALTH CARDIOVASCULAR INSTITUTE, INC. a/k/a UPMC HEART AND VASCULAR INSTITUTE, | |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is hereby agreed that this action shall be dismissed with prejudice.  Each party is to bear its own costs, expenses and attorneys' fees.

Respectfully submitted:

| | |
|---|---|
| */s/ Colleen E. Ramage* | /s/ *James S. Urban* |
| Colleen E. Ramage | James S. Urban |
| PA I.D. No. 64413 | PA I.D. No. 82019 |
| Ramage Lykos, LLC | JONES DAY |
| 525 William Penn Place | 500 Grant Street |
| 28th Floor | Suite 4500 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219-2502 |
| (412) 325-7700 | (412) 391-3939 |
| cramage@ramagelykos.law | jsurban@jonesday.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |